IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL SPRACKLEN<br>　　*Plaintiff,*<br><br>v.<br><br>REI CO-OP a/k/a RECREATIONAL<br>EQUIPMENT, INC.<br>　　*Defendant and Third-Party Plaintiff,*<br><br>v.<br><br>WESTFIELD OUTDOORS D/B/A<br>WESTFIELD OUTDOORS, INC. AND<br>ZHEJIANG HENGFENG TOP LEISURE<br>CO., LTD.<br>　　*Third-Party Defendants.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:18-CV-00368<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE**

On this day, the Court considered the Motion for Dismissal with Prejudice (Dkt. #45) filed by Plaintiff Michael Spracklen. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Dismissal with Prejudice is GRANTED, that Plaintiff's claims, actions, and causes of action against Defendants Recreational Equipment, Inc. (incorrectly named herein as "REI Co-Op a/k/a Recreational Equipment, Inc.") and Westfield Outdoors, Inc. (incorrectly named herein as "Westfield Outdoors d/b/a Westfield Outdoors, Inc.") are hereby dismissed with prejudice, and that each party shall bear its respective court costs.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**

 **SIGNED this 11th day of October, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE